# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:07CR00380 JLH

ANTWON WILLIAMS                                                                             DEFENDANT

## ORDER

      The United States has filed a motion for destruction of firearm, HI Point 9mm handgun with Serial Number P1271474, which was seized from Antwon Williams when he was arrested. The firearm cannot lawfully be returned to Williams because possession of it would be a violation of 18 U.S.C. § 922(g)(1). The firearm is in the possession of the Federal Bureau of Investigation. The government wishes to have the firearm destroyed pursuant to procedures of the FBI. The motion is GRANTED. Document #49. The firearm may be destroyed pursuant to procedures of the FBI.

      IT IS SO ORDERED this 21st day of May, 2013.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE