## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                NO. 4:07CR00380-01 JLH

ANTWON WILLIAMS                                                        DEFENDANT

## **ORDER**

The hearing on the government's Motion to Revoke the Supervised Release of defendant Antwon Williams is hereby rescheduled for **WEDNESDAY, MAY 11, 2016, at 10:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #51.

Counsel for the government is directed to ensure the proper writ is submitted to allow the United States Marshals Service to transport the defendant to the hearing.

IT IS SO ORDERED this 20th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE